# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: James Irvin Giddings<br>aka    Jim Giddings<br>aka    James I. Giddings | CASE NO.: 10–15322–reg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1953 | CHAPTER: 7 |
| | TRUSTEE:<br><br>Ian J. Gazes<br>Gazes LLC<br>32 Avenue of the Americas<br>27th Floor<br>New York, NY 10013<br><br>Telephone: (212) 765–9000 |

---

## NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
## AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible.

You are hereby advised of the opportunity to file a claim in order to share in any distribution.

A creditor must file a PROOF OF CLAIM whether or not the debt is included in the list of creditors filed by the debtor.

The PROOF OF CLAIM must be filed on or before May 17, 2011 .

Please take further notice that if you have a PROOF OF CLAIM on file or one has been filed on your behalf, do not file again.

All PROOFS OF CLAIM for the above named debtor, are to be filed with the court at the above address.

Dated: February 16, 2011                              Vito Genna
                                                      Clerk of the Court