# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: cgadson | Date Created: 2/16/2011 |
| Case: 10−15322−reg | Form ID: pdn | Total: 22 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Ian J. Gazes | office@GazesLLC.com, office@GazesLLC.com, janease@GazesLLC.com, ijgazes@ecf.epiqsystems.com, jcymbler@gazesllc.com |
| aty | Gabriel Del Virginia, Esq. | gabriel.delvirginia@verizon.net |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | James Irvin Giddings | 38 Renwick Street    New York, NY 10013 |
| ust | United States Trustee | 33 Whitehall Street    21st Floor    New York, NY 10004 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300 |
| smg | United States Attorney | One St. Andrew's Plaza    Claims Unit – Room 417    New York, NY 10007−1701 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201−0551 |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor    Attn: Legal Affairs – Devora Cohn    Brooklyn, NY 11201−3719 |
| 5324118 | BELL ATLANTIC YELLOW PAGES | C/O CAROL MOROKOFF    1204 BROADWAY STE 301    NEW YORK, NY 10001 |
| 5324119 | BEST HOUSEKEEPING INDUSTRIES | 17 AVENUE A    NEW YORK, NY 10009 |
| 5324120 | CHASE MANHATTAN BANK | PO BOX 15129    WILMINGTON, DE 19850−5129 |
| 5324121 | CLEAR CHANNEL OUTDOOR INC. | C/O R. ZACHARY GELBER    7 DEY STREET, SUITE 1002    NEW YORK, NY 10007 |
| 5324122 | CLEAR CHANNEL OUTDOOR INC. | C/O R. ZACHARY GELBER    7 DEY STREET, SUITE 1002    NEW YORK, NY 10007 |
| 5324123 | FALKENBERG GROUP, LLC | 38 RENWICK STREET    NEW YORK, NY 10013 |
| 5324124 | FALKENBERG GROUP, LLC | 38 RENWICK STREET    NEW YORK, NY 10013 |
| 5324125 | GIBRALTAR PRIVATE BANK | 220 ALHAMBRA CIRCLE    5TH FLOOR    MIAMI, FL 33134 |
| 5324126 | GO OUTDOOR MEDIA CORP | 2407−2413 3RD AVE    BRONX, NY 10451 |
| 5324127 | GO OUTDOOR MEDIA CORP | 2407−2413 3RD AVE    BRONX, NY 10451 |
| 5324128 | GO OUTDOOR MEDIA, LLC | 15 REXFORD ROAD    WEST CORNWALL, CT 06796 |
| 5324129 | GO OUTDOOR MEDIA, LLC | 15 REXFORD ROAD    WEST CORNWALL, CT 06796 |
| 5324130 | LOWENSTEIN SANDLER PC | 65 LIVINGSTON AVENUE    ROSELAND, NJ 07068 |
| 5357448 | RZG Law PLLC | R. Zachary Gelber    7 Dey Street, Suite 1002    New York, NY 10007    212−227−4743    Attorney for Creditor Clear Channel Outd |

TOTAL: 20