B6C (Official Form 6C) (12/07)

In re  James Irvin Giddings,                              Case No. ___10-15322___
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Cash on Hand** | | | |
| Cash | Debtor & Creditor Law § 283(2) | 1,400.00 | 1,400.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Checking 0251213245 | NYCPLR § 5205(a)(9) | 46.19 | 46.19 |
| Chase Savings 0214604306201 | | | |
| **Household Goods and Furnishings** | | | |
| Stereo | NYCPLR § 5205(a)(5) | 2,500.00 | 2,500.00 |
| 2 Guitars | | | |
| ping pong table | | | |
| 4 Cameras | | | |
| Light projector | | | |
| 2 Chairs | | | |
| Air Conditioner | | | |
| 1 couch | | | |
| Desk | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| 150 Compact Discs | NYCPLR § 5205(a)(2) | 100.00 | 100.00 |
| 150 DVD's | | | |
| 100 paperback books | | | |
| **Furs and Jewelry** | | | |
| Wedding Ring | NYCPLR § 5205(a)(6) | 450.00 | 450.00 |
| 2 watches (swatches) | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Landrover LR3 | Debtor & Creditor Law § 282(1) | 2,400.00 | 14,344.00 |
| **Animals** | | | |
| 2 daschunds | NYCPLR § 5205(a)(4) | 0.00 | 0.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| Bicycle | NYCPLR § 5205(a); NY CLS Dr & Cr § 283 | 350.00 | 350.00 |
| Hand tools | | | |
| | Total: | 7,246.19 | 19,190.19 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy