GAZES LLC
32 Avenue of the Americas
27th Floor
New York, New York, 10013

Invoice submitted to:
Estate of James Irvin Giddings
Case No.: 10-15322-REG

November 28, 2011

In Reference To:

Invoice #10442

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/27/2010 KMP | Conf w/ IG re: James Giddings chapter 5 claims | | 0.47<br>205.00/hr | 96.35 |
| | Asset Analysis and Recovery | | | |
| KMP | James Giddings - Send e-mail to Debtors Counsel re claims under chapter 5 and debtor/wife documentation demand | | 0.35<br>205.00/hr | 71.75 |
| | Asset Analysis and Recovery | | | |
| 11/2/2010 JJ | t/c with Nazar Khodorovsky UST re: Gibraltar Private bank C&D; oc/ with IJG re: same; review and analyze petition and schedules; draft, review and revise letter to Gibraltar re: turnover of cash in the accounts. | | 1.59<br>625.00/hr | 993.75 |
| | Asset Analysis and Recovery | | | |
| 11/3/2010 KMP | James Giddings - review file for potential chapter 5 claims | | 0.73<br>205.00/hr | 149.65 |
| | Asset Analysis and Recovery | | | |
| DD | GIDDINGS, JAMES IRVIN, 10-15322 Application to Retain Gazes as Trustee's attorneys | | 0.37<br>375.00/hr | 138.75 |
| | Fee/Employment Applicants | | | |
| 11/4/2010 KMP | James Giddings - Retention App - Filed & Served | | 0.81<br>205.00/hr | 166.05 |
| | Fee/Employment Applicants | | | |

Estate of James Irvin Giddings                                                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/5/2010 | DD | Prepare application to retain Zucker as Trustee's accountants<br><br>Fee/Employment Applicants | 0.68<br>375.00/hr | 255.00 |
| 11/8/2010 | KMP | reviewed financial docs and petition<br><br>Asset Analysis and Recovery | 0.50<br>230.00/hr | 115.00 |
| 11/9/2010 | KMP | Examined Debtor at 341 meeting<br><br>Asset Analysis and Recovery | 0.50<br>230.00/hr | 115.00 |
| 11/16/2010 | IJG | Conf with atty for clear channel re status of doc demand and stip issues<br><br>Asset Analysis and Recovery | 0.15<br>710.00/hr | 106.50 |
|  | KMP | filed proposed stip to ext time<br><br>Asset Analysis and Recovery | 0.22<br>205.00/hr | 45.10 |
| 11/19/2010 | KMP | filed and served Retention App of Zucker's & Associates.<br><br>Fee/Employment Applicants | 0.27<br>205.00/hr | 55.35 |
|  | KMP | Sent Zuckers info received from Debtor<br><br>Asset Analysis and Recovery | 0.23<br>230.00/hr | 52.90 |
|  | KMP | updated system notes w/ documents received from Debtor.<br><br>Asset Analysis and Recovery | 0.22<br>205.00/hr | 45.10 |
| 12/7/2010 | IJG | Conf with atty for clear channel; e mail to accts re status of review<br><br>Asset Analysis and Recovery | 0.42<br>750.00/hr | 315.00 |
| 12/13/2010 | IJG | Conf with atty for clear channel re 341 meeting tomorrow and issues to be discussed<br><br>Asset Analysis and Recovery | 0.10<br>750.00/hr | 75.00 |
| 1/10/2011 | KMP | E-mailed Counsel re avoidable claims/documentation from the Debtor.<br><br>Asset Analysis and Recovery | 0.10<br>230.00/hr | 23.00 |
| 1/19/2011 | IJG | Conf with atty for clear channel and e mail to accts re avoidable claims/financials<br><br>Asset Analysis and Recovery | 0.55<br>750.00/hr | 412.50 |

Estate of James Irvin Giddings                                                                                        Page    3

|            |     |                                                                                                           | Hrs/Rate      | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------|---------------|--------|
| 1/21/2011  | IJG | review email form debtors atty re turn over of books and records                                          | 0.20 775.00/hr | 155.00 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
|            | KMP | rec'd add. docs from debtor re investigation concerning avoidable claims and fwd to accounts for review.  | 1.17 230.00/hr | 269.10 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 2/3/2011   | IJG | Conf with atty for creditor re avoidable claims investigation                                             | 0.10 775.00/hr | 77.50  |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 2/4/2011   | IJG | review accts email re status of forensic examination                                                      | 0.12 775.00/hr | 93.00  |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 2/14/2011  | IJG | Conf with atty for creditor re bar date                                                                   | 0.20 775.00/hr | 155.00 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
|            | KMP | filed ltr requesting bar date                                                                             | 0.31 230.00/hr | 71.30  |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 4/4/2011   | IJG | review ltr to chase and Conf with acct re same                                                            | 0.20 775.00/hr | 155.00 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
|            | KMP | drafted ltr to Chase Bank                                                                                 | 0.62 230.00/hr | 142.60 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 4/5/2011   | IJG | Conf with atty for largest creditor (clear water) and atty for debtor re depositions scheduling and doc request | 0.15 775.00/hr | 116.25 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 4/25/2011  | KMP | f/u w/ Counsel re: amended sche C                                                                         | 0.64 230.00/hr | 147.20 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 5/19/2011  | KMP | Fedex Les Herz CD ROM re trustee's forensic examination concerning avoidable claims                       | 0.18 230.00/hr | 41.40  |
|            |     | Asset Analysis and Recovery                                                                               |               |        |
| 5/24/2011  | JJ  | t/c with Zach Gelbert, counsel for Clear Channel, re deposition issues and document review                | 0.40 650.00/hr | 260.00 |
|            |     | Asset Analysis and Recovery                                                                               |               |        |

Estate of James Irvin Giddings                                                                                     Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2011 | JJ | t/c with Zach Gelbert, counsel for Clear Channel re referral to US Trustee, turnover motion and motion to dismiss/ objection to discharge | 0.90 650.00/hr | 585.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 6/13/2011 | JJ | t/c with Zach Gelbert, counsel for Clear Channel, re deposition of Karen Giddings | 0.20 650.00/hr | 130.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 6/14/2011 | JJ | t/c with Zach Gelbert, counsel for Clear Channel re deposition | 0.20 650.00/hr | 130.00 |
|  |  | Asset Analysis and Recovery |  |  |
|  | JJ | t/c with Les Herz, Zucker, re analysis of debtor's records and deposition preparation | 0.13 650.00/hr | 84.50 |
|  |  | Asset Analysis and Recovery |  |  |
| 6/15/2011 | JJ | prepare for and attend deposition of Carin Giddings, the debtor's wife | 6.25 650.00/hr | 4,062.50 |
|  |  | Asset Analysis and Recovery |  |  |
| 6/16/2011 | JJ | t/c with Les Herz, Zucker re open accounting issues from the deposition. | 0.46 650.00/hr | 299.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 6/21/2011 | IJG | review proposed stip re discharge dates | 0.18 775.00/hr | 139.50 |
|  |  | Asset Analysis and Recovery |  |  |
| 6/23/2011 | JJ | prepare for and attend deposition of James Giddings | 6.42 650.00/hr | 4,173.00 |
|  |  | Asset Analysis and Recovery |  |  |
|  | KMP | Drafted & Sent Stip to Ext Time | 0.39 230.00/hr | 89.70 |
|  |  | Asset Analysis and Recovery |  |  |
| 7/19/2011 | JJ | prepare for and attend second day deposition of James Giddings | 2.70 650.00/hr | 1,755.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 7/26/2011 | IJG | Conf with atty for Channel re litigation issues/settlement | 0.10 775.00/hr | 77.50 |
|  |  | Asset Analysis and Recovery |  |  |
|  | JJ | c/c with IJG and Zach Gelbert, counsel for Clear Channel re settlement discussions | 0.20 650.00/hr | 130.00 |
|  |  | Asset Analysis and Recovery |  |  |

Estate of James Irvin Giddings                                                                               Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2011 | KMP | filed proposed stip to ext time | 0.08<br>230.00/hr | 18.40 |
|  |  | Asset Analysis and Recovery |  |  |
| 8/22/2011 | JJ | draft review and revise stipulation extending deadline to object to the Debtor's discharge (0:18); t/c with NK UST and Gabe Del Virginia, counsel to the Debtor re stipulation (0:12) | 0.50<br>650.00/hr | 325.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 8/30/2011 | JJ | t/c with Gabe Del Virginia, debtor's counsel re extension of deadline to object to discharge | 0.20<br>650.00/hr | 130.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 8/31/2011 | JJ | t/c with Gabe Del Virginia re settlement of creditor claim and discharge issues and o/c with IJG re same | 0.30<br>650.00/hr | 195.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 9/6/2011 | IJG | Conf with atty for creditor re settlement and discharge issues; email to atty for debtor re continued deposition of debtor | 0.38<br>775.00/hr | 294.50 |
|  |  | Asset Analysis and Recovery |  |  |
|  | JJ | t/c with HW Zuckers re fees and expenses | 0.10<br>650.00/hr | 65.00 |
|  |  | Fee/Employment Applicants |  |  |
|  | JJ | numerous o/c with IJG re stipulation extending time to object to discharge, proposed settlement and discovery plan | 0.80<br>650.00/hr | 520.00 |
|  |  | Asset Analysis and Recovery |  |  |
| 9/7/2011 | IJG | Conf with atty for largest creditor re settlement dismissal and discharge issues | 0.22<br>775.00/hr | 170.50 |
|  |  | Asset Analysis and Recovery |  |  |
|  | IJG | Conf with atty for debtor re structured dismissal issues, discharge and hypothecation of assets recovery | 0.10<br>775.00/hr | 77.50 |
|  |  | Asset Analysis and Recovery |  |  |
|  | JJ | t/c with HW Zucker re update of current fees and expenses | 0.20<br>650.00/hr | 130.00 |
|  |  | Fee/Employment Applicants |  |  |
| 9/8/2011 | IJG | review time entries etc re structured dismissal and email atty for debtor re same | 0.43<br>775.00/hr | 333.25 |
|  |  | Asset Analysis and Recovery |  |  |

Estate of James Irvin Giddings                                                                                     Page     6

|              |     |                                                                                                                                                                                   | Hrs/Rate        | Amount  |
| ------------ | --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --------------- | ------- |
| 9/23/2011    | IJG | Conf call with atty for Clear Channel re legal issue surrounding voluntary dismissal without payment of chapter 7 claims; (.3); email to atty for clear channel cc to debtors atty re cases supporting the foregoing (.3) | 0.60 775.00/hr  | 465.00  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
|              | DD  | Research whether debtor may dismiss case without paying trustee's attorneys fees and expenses                                                                                                       | 0.71 400.00/hr  | 284.00  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 10/4/2011    | IJG | return call to atty for debtor re settlement of claims under chapter 5                                                                                                                              | 0.10 775.00/hr  | 77.50   |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 11/2/2011    | IJG | terms for structured dismissal                                                                                                                                                                      | 0.10 775.00/hr  | 77.50   |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 11/7/2011    | IJG | review proposed settlement agreement                                                                                                                                                                | 0.80 775.00/hr  | 620.00  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
|              | IJG | Conf with atty for clear channel re revisions to settlement agreement                                                                                                                               | 0.30 775.00/hr  | 232.50  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
|              | IJG | review second draft and revise same                                                                                                                                                                 | 0.28 775.00/hr  | 217.00  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 11/11/2011   | IJG | continue draft re conditional dismissal settlement agreement                                                                                                                                        | 0.35 775.00/hr  | 271.25  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 11/14/2011   | IJG | review final draft re settlement agreement with debtor and creditor clear channel                                                                                                                   | 0.57 775.00/hr  | 441.75  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 11/15/2011   | IJG | Conf with clear channel atty re settlement agreement                                                                                                                                                | 0.10 775.00/hr  | 77.50   |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 11/16/2011   | IJG | review final draft settlement agreement                                                                                                                                                             | 0.13 775.00/hr  | 100.75  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |
| 11/17/2011   | IJG | Conf with atty for clear channel re terms of agreement - releases                                                                                                                                   | 0.16 775.00/hr  | 124.00  |
|              |     | Asset Analysis and Recovery                                                                                                                                                                         |                 |         |

Estate of James Irvin Giddings

Page 7

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2011 | KMP | drafted stip to ext time. | 0.31<br>230.00/hr | 71.30 |
| | | Asset Analysis and Recovery | | |
| 11/18/2011 | IJG | review final draft | 0.16<br>775.00/hr | 124.00 |
| | | Asset Analysis and Recovery | | |
| 11/28/2011 | IJG | fee application (estimated) | 2.00<br>775.00/hr | 1,550.00 |
| | | Fee/Employment Applicants | | |
| | IJG | attend hearing re dismissal hearing (estimated) | 1.50<br>775.00/hr | 1,162.50 |
| | | Asset Analysis and Recovery | | |
| | KMP | Claims review and classification | 2.00<br>230.00/hr | 460.00 |
| | | Asset Analysis and Recovery | | |
| | IJG | Fee Application | 2.00<br>775.00/hr | 1,550.00 |
| | | Fee/Employment Applicants | | |
| | IJG | Atty Court Appearance re: Fee App | 1.00<br>775.00/hr | 775.00 |
| | | Fee/Employment Applicants | | |
| | KMP | making copies of TFR | 1.00<br>230.00/hr | 230.00 |
| | | Asset Analysis and Recovery | | |
| | KMP | making copies of TDR | 0.75<br>230.00/hr | 172.50 |
| | | Asset Analysis and Recovery | | |
| | KMP | making copies of NFR | 0.75<br>230.00/hr | 172.50 |
| | | Asset Analysis and Recovery | | |
| | | For professional services rendered | 49.66 | $28,086.50 |

Additional Charges :

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 11/4/2010 | $messenger<br>Via hand delivery to Chambers - James Giddings | 1<br>9.20 | 9.20 |
| | $Duplicating/firm<br>photocopying - James Giddings | 32<br>0.20 | 6.40 |

Estate of James Irvin Giddings                                                                                           Page    8

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 11/19/2010 | $messenger<br>Via hand delivery to chambers | 1<br>9.20 | 9.20 |
|  | $messenger<br>Via hand delivery to chambers | 1<br>9.20 | 9.20 |
|  | $Fedex Priority<br>Priority overnight | 1<br>25.40 | 25.40 |
| 3/21/2011 | $messenger<br>Via hand delivery | 1<br>9.20 | 9.20 |
| 4/25/2011 | $postage<br>Postage | 1<br>0.44 | 0.44 |
|  | $Duplicating/firm<br>photocopying | 2<br>0.20 | 0.40 |
| 5/6/2011 | $messenger<br>Via hand delivery to chambers | 1<br>9.20 | 9.20 |
| 5/19/2011 | $Fedex Priority<br>Priority overnight | 1<br>18.50 | 18.50 |
| 6/20/2011 | $telephone<br>Long distance telephone charge | 1<br>0.37 | 0.37 |
| 8/9/2011 | $messenger<br>Via hand delivery to chambers | 1<br>9.20 | 9.20 |
| 8/12/2011 | $messenger<br>Via hand delivery to chambers | 1<br>9.20 | 9.20 |
| 10/5/2011 | $Court reporter<br>invoice from Court reporting re: 06/30/11 & 07/11/11 depositions and mail | 1<br>1,222.05 | 1,222.05 |
|  | $ Duplicating+pstge bk<br>Photocopying + Postage | 1<br>0.67 | 0.67 |
| 10/7/2011 | $Lexis- Westlaw Computerized Research<br>Lexis research | 1<br>12.52 | 12.52 |
| 11/28/2011 | $Duplicating/firm<br>photocopying | 400<br>0.20 | 80.00 |
|  | $Duplicating/firm<br>photocopying | 100<br>0.20 | 20.00 |
|  | $messenger<br>Via hand delivery to UST | 2<br>9.20 | 18.40 |

Estate of James Irvin Giddings                                                                 Page    9

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 11/28/2011 | $messenger<br>Via hand delivery to Chambers | 2<br>9.20 | 18.40 |
|  | $Duplicating/firm<br>photocopying | 300<br>0.20 | 60.00 |
|  | $postage<br>Postage | 10<br>0.44 | 4.40 |
|  | $postage<br>Postage | 5<br>0.44 | 2.20 |
|  | $travel<br>travel to and from fee application hearing | 2<br>4.50 | 9.00 |
|  | $storage<br>Storage fee - Store away | 1<br>20.54 | 20.54 |
|  | $storage<br>Storage fee - Discard | 1<br>20.54 | 20.54 |
|  | Total costs |  | $1,604.63 |
|  | Total amount of this bill |  | $29,691.13 |

### Attorney Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| David Dinoso, Esq. | 1.76 | 384.60 | $677.75 |
| Ian J. Gazes, Esq. | 13.75 | 772.10 | $10,619.75 |
| Jayson Jarushewsky, Esq. | 21.55 | 648.28 | $13,967.75 |
| Karena Metz, Paraprofessional | 12.60 | 223.99 | $2,821.25 |