FILED: NEW YORK COUNTY CLERK 06/11/2010
NYSCEF DOC. NO. 17
10-15322-reg   Doc 61-1   Filed 01/23/12   Entered 01/23/12 13:16:04   Exhibit   Pg
1 of 6
INDEX NO. 602078/2009
RECEIVED NYSCEF: 06/11/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------- x
CLEAR CHANNEL OUTDOOR, INC.,         :
                                      :
                    Plaintiff,        :
                                      :   Index No. 602078/2009
        -vs-                          :
                                      :
GO OUTDOOR MEDIA CORPORATION, GO      :
OUTDOOR MEDIA, LLC and JAMES          :
GIDDINGS,                             :
                                      :
                    Defendants.       :
------------------------------------- X

### CERTIFICATE REQUESTING ENTRY OF JUDGMENT IN ELECTRONICALLY-FILED CASE

To The County Clerk, County of New York:

    Mara B. Levin, an attorney admitted to the Bar of the State of New York and counsel for Clear Channel Outdoor, Inc. in the above-captioned electronically-filed case, does hereby request that judgment be entered in this case based upon the Decision and Order, dated May 25, 2010 and entered on May 27, 2010. Pursuant to CPLR 5017 (a), I do hereby certify that the following documents shall constitute the Judgment Roll for this Judgment. Each document is identified by title of the paper, the date filed with the electronic filing system, and the number of the paper as listed on the E-Filing List of Papers Filed.

| Title of Document | Number of Paper On E-Filing List of Papers | Date Filed |
|---|---|---|
| 1) Summons and Complaint | No. 1 | 10/22/09 |
| 2) Answer | No. 2 | 10/22/09 |
| 2) Notice of Motion for Summary Judgment | No. 5 | 10/22/09 |
| 3) Affidavits and Memorandum of Law in Support of Motion | No. 7 | 10/22/09 |
| 4) Affidavits in Opposition to Motion And Memorandum of Law | No. 11 | 12/03/09 |

HF 5870776 v.1 #12804/0011 06/09/2010 11:11 AM

| | | |
|---|---|---|
| 5) Reply Memorandum of Law | No. 13 | 12/22/09 |

Dated: New York, New York
      June 9, 2010

HERRICK, FEINSTEIN LLP



Mara B. Levin, Esq.
Two Park Avenue
New York, New York 10016
mlevin@herrick.com
Tel. (212) 592-1500
Fax. (212) 592-1400

*Attorneys for Plaintiff*

TO: Thomas Bailey, Esq.
     Alter & Barbaro, Esqs.
     26 Court Street, Ste. 1812
     Brooklyn, NY 11242
     Fax: (718) 722-7887
     *Attorneys for Defendants*

FILED
JUN 11 2010
NEW YORK
COUNTY CLERK'S OFFICE

FILED: NEW YORK COUNTY CLERK 06/09/2010
NYSCEF DOC. NO. 16

10-15322-reg   Doc 61-1   Filed 01/23/12   Entered 01/23/12 13:16:04   Exhibit   Pg
3 of 6

INDEX NO. 602078/2009
RECEIVED NYSCEF: 06/09/2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------- x
                                                                :
CLEAR CHANNEL OUTDOOR, INC.,                                    :
                                                                :   Index No. 602078/2009
                            Plaintiff,                          :
                                                                :   **JUDGMENT**
           vs.                                                  :
                                                                :
GO OUTDOOR MEDIA CORPORATION, GO                                :
OUTDOOR MEDIA, LLC and JAMES                                    :
GIDDINGS,                                                       :
                                                                :
                            Defendants.                         :
                                                                :
--------------------------------------------------------------- x

Plaintiff Clear Channel Outdoor, Inc. ("CCO"), having duly moved this Court for an Order pursuant to CPLR §3212 for summary judgment awarding CCO damages and dismissing the counterclaims of Go Outdoor Media Corporation, Go Outdoor Media, LLC (collectively "Go") and James Giddings ("Giddings" or collectively with Go, "Defendants") and the motion having duly come on to be heard for oral argument before Hon. Richard B. Lowe III on March 23, 2010 and on all prior pleadings and proceedings had hereto;

AND, CCO having served and filed its Notice of Motion for Summary Judgment dated October 20, 2009, the Affirmation of Mara B. Levin in Support, dated October 20, 2009 and the exhibits annexed thereto, the Affidavit of Tim Stauning, sworn to October 20, 2009 and the exhibits annexed thereto and the Memorandum of Law dated October 20, 2009,

AND, the Defendants having served an filed the Affidavit of James Giddings, sworn to December 3, 2009 and the exhibits annexed thereto, the Affirmation in Opposition of Thomas S. Bailey, dated December 3, 2009 and the exhibits annexed thereto, the Affidavit of Reuben Berenblatt, sworn to December 3, 2009 and the exhibit annexed thereto;

HF 5854494 v.1 #12804/0011 06/08/2010 05:26 PM

AND, CCO having served and filed its Reply Memorandum of Law dated December 22, 2009;

AND, Honorable Richard B. Lowe III having rendered his Decision and Order dated May 25, 2010 and entered on May 27, 2010, granting CCO's motion for summary judgment in its entirety and awarding CCO damages in the amount of $700,000 plus interest at the rate of 9% per annum on the principal sum of $700,000 from May 1, 2007;

AND, the aforementioned Decision and Order directing the Clerk of this Court to enter a Judgment accordingly,

AND, CCO having waived costs in the action,

Now, upon motion of Herrick, Feinstein LLP attorneys for CCO; it is hereby

ADJUDGED that plaintiff CCO, having a principal place of business at 200 East Basse Road, San Antonio, Texas 78209, do recover, jointly and severally, from defendants James Giddings, Go Outdoor Media Corporation and Go Outdoor Media, LLC, having a principal place of business at 2407 Third Avenue, 5th Floor, Bronx, New York, 10451, the sum of $700,000, with interest thereon from May 1, 2007, amounting to $ 196,246.20 , making in all the sum of $ 896,246.20 , and that the plaintiff CCO have execution therefor.

ENTER

_____
Clerk of Court

FILED
JUN 11 2010
NEW YORK
COUNTY CLERK'S OFFICE

HF 5854494 v.1 #12804/0011 06/08/2010 05:26 PM

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
CLEAR CHANNEL OUTDOOR, INC.,

                Plaintiff,

                Index No. 602078/2009

      -vs-

GO OUTDOOR MEDIA CORPORATION, GO     **AFFIRMATION OF**
OUTDOOR MEDIA, LLC and JAMES     **WAIVER OF COSTS**
GIDDINGS,

                Defendants.
----------------------------------------X

      I, MARA B. LEVIN, an attorney duly admitted to practice before the Courts of the State of New York, hereby affirms to be true, under penalty of perjury pursuant to CPLR 2106, that Plaintiff Clear Channel Outdoor, Inc., waives any and all costs and disbursements to which they are entitled in the above-captioned proceeding.

Dated: New York, New York
       June 9, 2010

                                       HERRICK, FEINSTEIN LLP

                                       Mara B. Levin, Esq.
                                       Two Park Avenue
                                       New York, New York 10016
                                       mlevin@herrick.com
                                       Tel. (212) 592-1500
                                       Fax. (212) 592-1400

                                       *Attorneys for Plaintiff*

TO:  Thomas Bailey, Esq.
      Alter & Barbaro, Esqs.
      26 Court Street, Ste. 1812
      Brooklyn, NY 11242
      Fax: (718) 722-7887
      *Attorneys for Defendants*

FILED
JUN 11 2010
NEW YORK
COUNTY CLERK'S OFFICE

HF 5870807 v.1 #12804/0011 06/08/2010 05:13 PM



