**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: James Irvin Giddings

aka   Jim Giddings
aka   James I. Giddings

Social Security/Taxpayer ID/Employer ID/Other Nos.:
xxx–xx–1953

CASE NO.: 10–15322–reg

CHAPTER: 7

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Ian J. Gazes is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 1, 2013

Robert E. Gerber, Bankruptcy Judge